UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) | CRIMINAL NO. ___08MJ8024___ |
| vs. | ) ) | ORDER |
| Edoardo Ruiz-Diaz, et al | ) ) | RELEASING MATERIAL WITNESS |
| | ) ) | Booking No. |
| Defendant(s) | ) ) | |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

Jesus Duran-Duran

DATED: 1/31/08

RECEIVED _____
              DUSM

PETER C. LEWIS
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
Deputy Clerk

CLERK'S COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082